# Third District Court of Appeal
## State of Florida

Opinion filed July 7, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0092
Lower Tribunal Nos. 20-0023 AP & 19-14886 CC
_____

**Dauce Pozo,**
Appellant,

vs.

**Shell Lumber Recovery Trust, etc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Luis Perez-Medina, Judge.

Solnick Law, P.A., and Peter J. Solnick, for appellant.

Roniel Rodriguez IV, P.A., and Roniel Rodriguez, IV, for appellee.

Before EMAS, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.